No. 10–7256. DURITY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–7263. BRANDFORD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7265. RAMOS-ROMERO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–7276. CISNEROS-GUTIERREZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7277. CALLIHAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7278. LARSEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–7281. RASHID *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–7289. SELLERS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7294. LONGS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7296. VALENCIA-TRUJILLO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7298. ZEPETA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7299. WALDRON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–7310. BERNARD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7317. ALVARADO-FLORES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 08–9560. MCSWAIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.